NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRIE BANHAZL, dba Heirloom Ceramics,**

*Plaintiff-Appellee*

v.

**THE AMERICAN CERAMIC SOCIETY,**

*Defendant-Appellant*

---

2022-1902

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:16-cv-10791-ADB, Judge Allison Dale Burroughs.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                   BANHAZL V. AMERICAN CERAMIC SOCIETY

(2)  Each side shall bear their own costs.


                                           FOR THE COURT

March 15, 2023
     Date                                  /s/ Peter R. Marksteiner
                                           Peter R. Marksteiner
                                           Clerk of Court


**ISSUED AS A MANDATE:** March 15, 2023